THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES BRAKEFIELD, Appellant.

Submitted May 15, 1950; decided May 18, 1950.

*James Brakefield,* in person, for motion.

*Miles F. McDonald, District Attorney (David Diamond* of counsel), opposed.

Motion for leave to appeal, etc., dismissed upon the ground that the case has not been passed upon by the Appellate Division.